STATE of Missouri, Respondent,

v.

Edwin Lee GEIERSBACH, Appellant.

WD 48220.

Missouri Court of Appeals,
Western District.

March 15, 1994.

Edwin Lee Geiersbach, pro se.

James S. Millett, Pros. Atty., Caldwell County, Kingston, for respondent.

Before BERREY, P.J., and KENNEDY and ELLIS, JJ.

### ORDER

PER CURIAM.

Appeal from a conviction for speeding in violation of section 304.010, RSMo Cum. Supp.1993.

Dismissed.   Rule 30.25(b).